## CITY COURT OF NEW YORK — GENERAL TERM, DECEMBER, 1894.

DENIS W. MORAN, Appellant, *v.* JOHN DARCY, Respondent.

APPEAL from order in favor of defendant.

*James Kearney*, for appellant.

*Max Bayersdorfer*, for respondent.

FITZSIMONS, J. The order appealed from must be affirmed. The moneys in question must be deemed the personal earnings of the judgment debtor, although in earning it he was aided by others.

He superintended the work, and performed all the labor that he could reasonably do, considering his state of health, so that his aid and services very materially contributed to the earning of the sum in dispute.

The facts and circumstances of this case justify us in determining that the said sum of money is the earnings of defendant for his personal service, and, therefore, is exempt from levy.

Order affirmed, with costs.

VAN WYCK and CONLAN, JJ., concur.
Order affirmed, with costs.

---

WILLIAM SCHWEGLER, Respondent, *v.* SUSAN BRAY, Appellant.

APPEAL from order denying motion to set aside a sheriff's sale of land.

*James R. Angel*, for appellant.

*John P. Schuchman*, for respondent.

FITZSIMONS, J. We entirely agree with appellant's contention that if the premises sold consisted of two or more *known* lots, that the sheriff's sale was wrongfully made; but the appeal record shows that the premises so sold were never *so*

*known*, but, on the contrary, were always described as a *single* lot or plot; upon this application, the duty rested upon appellant to establish by a preponderance of proof that said premises consisted of two or more *known* lots.

This he has failed to do, but, as above stated, the record shows precisely the contrary.

The order must, therefore, be affirmed, with costs; this without considering the other points raised by respondent's counsel.

CONLAN, J., concurs.

Order affirmed, with costs.